A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

CORBETT INVESTMENT CO., Appellant, v. W. B. FOSHAY COMPANY.

No. 9556.

Circuit Court of Appeals, Eighth Circuit.

June 29, 1932.

Samuel H. Maslon, of Minneapolis, Minn., for appellant.

M. B. Mitchell, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, but without costs to either party in this court, per stipulation of parties.

CORTEZ OIL COMPANY v. Acel C. ALEXANDER, Collector.

No. 525.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1932.

Hunter L. Johnson, of Tulsa, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before LEWIS and COTTERAL, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

Appeal dismissed on application of appellant.

CORTEZ OIL COMPANY v. Acel C. ALEXANDER, Collector.

No. 524.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1932.

Johnson & Shores, of New York City, for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before LEWIS and COTTERAL, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

CORTEZ OIL COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1932.

Wayne Johnson, of New York City, for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and COTTERAL, Circuit Judges, and KENNAMER, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.